IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Howard Llewellyn Babbitt, Jr. and<br>Gwendolyn Stanton Babbitt,<br><br>Debtors. | Case No. 11-02565<br><br>Chapter 13 |

**NOTICE AND APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS**

YOU ARE HEREBY NOTIFIED that the debtors, Howard Llewellyn Babbitt, Jr. and Gwendolyn Stanton Babbitt, are applying for approval to sell the debtor's real estate described below free and clear of all liens and encumbrances according to the terms and conditions stated below.

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should be filed with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from service of motion/application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on July 14, 2011 at 9:00 a.m., at the United States Bankruptcy Court, Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306-2355. No further notice of this hearing will be given.

TYPE OF SALE: Private

PROPERTY TO BE SOLD: 45.27 +/- acres off Terry's Gap Road, Hendersonville, NC, PIN#9682218303.

PRICE: $150,000 (partially owner-financed)

APPRAISAL VALUE: No independent appraisal has been obtained. Tax appraisal is $460,000, which is based in part on prior sale of property which fell through when financing to develop property could not be obtained.

BUYER: William N. Fortescue, Jr.

PLACE AND TIME OF SALE: Closing to be held as soon as practicable after court approval.

SALES AGENT/AUCTIONEER/BROKER: Jeff Donaldson, Apple Country Realty, 2968 Chimney Rock Road, Hendersonville, NC 28792. Contract calls for 10% commission ($15,000) as tract is raw land.

ESTIMATED TRUSTEE'S COMMISSION: Potential commission of approximately

$10,710 depending on claims filed; claims bar date has not passed.

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:  None

DEBTOR'S EXEMPTION:  $10,700

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:  $25,000 in cash to be paid at closing, less real estate commission and closing costs.  Balance of purchase price to be financed by seller, with mortgage to secure payment.  Terms of financing: Balance to be paid over three years at 6% interest, in annual installments of $46,763.73, with the first installment due one year after closing.  Balance will also carry a 10% default rate.

STAY OF ORDER:  Applicant requests that the automatic 10-day stay provided by Fed.R.Bankr.P. 6004(g) not apply to any order approving this sale.

    Applicant is informed and believes that it would be in the best interests of the estate to sell said property by private sale.  Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

    The court may consider additional offers at any hearing held on this notice and application for sale.  The court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

    The trustee or debtor in possession, as applicable, may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

    WHEREFORE, applicant requests the court issue an order authorizing sale of said property and such other and further relief as may be proper.

               ___s/ Däna Wilkinson_____
                Däna Wilkinson
                District Court I.D. No. 4663
                365-C East Blackstock Road
                Spartanburg, SC 29301
                864-574-7944
                864-574-7531 FAX
                court@danawilkinsonlaw.com

                Attorney for Debtors

June 6, 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Howard Llewellyn Babbitt, Jr. and<br>Gwendolyn Stanton Babbitt,<br><br>　　　　　　　　　　　Debtors. | Case No. 11-02565<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that I have on June 6, 2011 served a copy of the Notice and Application for Sale of Property Free and Clear of Liens on all parties on the attached mailing list by mailing copies thereof by United States Postal Service properly addressed and first class postage prepaid.

　　　　　　　　　　　　　　　　　　　___s/ Däna Wilkinson_____
　　　　　　　　　　　　　　　　　　　Däna Wilkinson
　　　　　　　　　　　　　　　　　　　District Court I.D. No. 4663
　　　　　　　　　　　　　　　　　　　365-C East Blackstock Road
　　　　　　　　　　　　　　　　　　　Spartanburg, SC 29301
　　　　　　　　　　　　　　　　　　　864-574-7944
　　　　　　　　　　　　　　　　　　　864-574-7531 FAX
　　　　　　　　　　　　　　　　　　　court@danawilkinsonlaw.com

　　　　　　　　　　　　　　　　　　　Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-7<br>Case 11-02565-hb<br>District of South Carolina<br>Spartanburg<br>Mon Jun  6 11:32:04 EDT 2011 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 | Gwendolyn Stanton Babbitt<br>2631 Redland Road<br>Campobello, SC 29322-8577 |
| Howard Llewellyn Babbitt Jr.<br>2631 Redland Road<br>Campobello, SC 29322-8577 | Bank of America<br>P O Box 15019<br>Wilmington DE 19886-5019 | Patti H. Bass<br>Bass & Associates, PC<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| Belk<br>P O Box 960012<br>Omaha NE 68103 | Cabela's<br>P O Box 82519<br>Lincoln NE 68501-2502 | Capital One<br>P O Box  30285<br>Salt Lake City UT 84130-0285 |
| Chase Home Finance<br>PO Box 9001871<br>Louisville KY 40290-1871 | Citi<br>P O Box 6013<br>Sioux Falls SD 57117-6013 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE  19886-5102 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197-0002 |
| First National of Omaha<br>P O Box 2490<br>Omaha NE 68103-2490 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| Gretchen D. Holland<br>3 Caledon Court, Suite A<br>Greenville, SC 29615-3192 | Home Depot<br>P O Box 653000<br>Dallas TX 75265-3000 | Recovery Management Systems Corporation<br>25 SE Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SC Department of Revenue<br>PO Box 125<br>Columbia SC 29202-0125 | South Carolina Department of Revenue<br>PO Box 12265<br>Columbia SC 29211-2265 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | WORLDS FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN NE 68501-2609 | Dana Elizabeth Wilkinson<br>365-C East Blackstock Road<br>Spartanburg, SC 29301-3762 |

       The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
       by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
P O Box 30943
Salt Lake City UT 84130

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26